# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FREEZE, LLC, | ) Case No. 11-[_____] (___) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

## LIST OF CREDITORS
## HOLDING THE TOP 20 LARGEST UNSECURED CLAIMS

The above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The following is the list of the Debtor's creditors holding creditors holding the 20 largest unsecured claims (the "List of Creditors") based on the Debtor's books and records as of approximately October 14, 2011. The List of Creditors is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The List of Creditors does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtor. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 1. | PENSION BENEFIT GUARANTY CORPORATION P.O. BOX 10308 SAN RAFAEL, CA 94912 FAX: (415) 482-9611 | PENSION | CONTINGENT/ DISPUTED/ UNLIQUIDATED | UNKNOWN |

## DECLARATION UNDER PENALTY
## OF PERJURY ON BEHALF OF CORPORATION

Pursuant to 28 U.S.C. § 1746, I, Steven C. Sanchioni, the duly qualified and authorized officer of Freeze, LLC, declare under penalty of perjury that I have reviewed the List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: October 14, 2011

_____
Steven C. Sanchioni
Authorized Officer