IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FREEZE, LLC, | ) | Case No. 11-[____] (___) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Freeze, LLC | Freeze Holdings, LP | 5200 Town Center Circle, Suite 600 Boca Raton, Florida | 99.11% |
| | GHS Holdings, L.L.C. | 39300 W 12 Mile Road # 100 Farmington Hills, Michigan 48331-2988 | 0.89% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Steven C. Sanchioni, the undersigned authorized officer of Freeze, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: October 14, 2011

/s/ Steven Sanchioni
Steven C. Sanchioni
Authorized Officer

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are based on information and belief as of the filing date.

K&E 20111030.1