# EXHIBIT A
## PREPETITION ORGANIZATIONAL STRUCTURE

